## Charles Whitney v. Frank C. Seidel, Appellee. Lawrence A. Doolittle, Appellant.

### Gen. No. 6,401.   (Not to be reported in full.)

Appeal from the Circuit Court of Lake county; the Hon. CHARLES H. DONNELLY, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded with directions. Opinion filed October 16, 1917.

## Statement of the Case.

Bill of interpleader by Charles Whitney, complainant, against Frank C. Seidel and Lawrence A. Doolittle, defendants, as to a sum of $1,500 held by complainant in escrow and paid by him into court, whereupon he was discharged from liability. From a decree for defendant Seidel for $841.52 and for defendant Doolittle for the balance of the sum, defendant Doolittle appeals and defendant Seidel assigns cross error.

CLARENCE W. DIVER and CHARLES H. KING, for appellant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

COOKE, POPE & POPE, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

## Abstract of the Decision.

SALES, § 96*—*what constitutes fraud by seller justifying rescinding of contract.* Under a contract for the sale by one and the purchase by the other of the two signers of a contract of a certain stock of goods in a store, providing that the seller should continue in and conduct the business up to a certain date with a view to reducing the stock on that date to an amount not exceeding a certain invoice value, a secret removal by the seller and appropriation to his own use on the day preceding such date of the best and most valuable of the goods constituted a fraud upon the purchaser, legally justifying him in rescinding the sale, and entitling him to a return of part of the purchase money paid by him in escrow under the contract, on a bill of interpleader filed by the holder in escrow.